# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CRIMINAL NO. H-10-281 |
| | § § § | |
| ROBERT VEAZIE, *et al.* | § | |

## O R D E R

Defendant Robert Veazie filed an unopposed motion for continuance, (Docket Entry No.101). The co defendants and the government are unopposed to the motion. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | October 24, 2011 |
| Responses are to be filed by: | November 14, 2011 |
| Interim Pretrial Conference is set for: | **November 21, 2011, at 9:00 a.m.** |
| Pretrial conference is reset to**:** | **January 3, 2012, at 8:45 a.m.** |
| Jury trial and selection are reset to: | **January 12, 2012, at 9:00 a.m.** |

SIGNED on June 7, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge